PFE/JGC: DEC. 2023
GJ#37

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **No.** |
| | ) | |
| **TYLER ETHAN SNEDECOR** | ) | |

## <u>INDICTMENT</u>

<u>**COUNT ONE:**</u>  **[18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 17th day of May 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**TYLER ETHAN SNEDECOR**,

did knowingly possess a machinegun, that is, a Glock-style .40 caliber pistol modified by a "Glock switch," that is, a permanently installed sear leg soldered or welded to the bottom of the slide that is designed to enable automatic fire, in violation of Title 18, United States Code, Section 922(o).

**COUNT TWO:  [26 U.S.C. § 5861(d)]**

The Grand Jury further charges that:

On or about the 17th day of May 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**TYLER ETHAN SNEDECOR**,

knowingly received and possessed a firearm, that is, a Glock-style .40 caliber pistol modified by a permanently installed sear leg soldered or welded to the bottom of the slide that was designed to enable automatic fire, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d).

**NOTICE OF FORFEITURE**
**[18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]**

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count One of this Indictment, in violation of 18 U.S.C. § 922(g)(1), the defendant, **Tyler Ethan Snedecor**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or

used in the commission of the offense, including, but not limited to, a Glock style .40 caliber pistol bearing serial number VSU593.

A TRUE BILL

*/s/ Electronic Signature*

_____
FOREPERSON OF THE GRAND JURY

                                         PRIM F. ESCALONA
                                         United States Attorney

                                         */s/ Electronic Signature*

                                         _____
                                         JOHN G. CAMP
                                         Assistant United States Attorney